O

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$12,202.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><br>GERARDO JOSE VARGAS, ADRIAN JOSE LOPEZ, ERICELIA MARTINEZ<br><br>    Claimants | NO. ED CV 08-00223 SGL (OPx)<br><br>JUDGMENT AGAINST THE INTEREST OF GERARDO JOSE VARGAS, ADRIAN JOSE LOPEZ, ERICELIA MARTINEZ AND ALL OTHER POTENTIAL CLAIMANTS |

    This action arose out of a Complaint for Forfeiture filed on February 20, 2008 against the defendant $12,202.00 in U.S. Currency ("defendant currency").  The Complaint alleges that the defendant bank funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

    This Court, having granted plaintiff's Motion for Entry of Default Judgment, no opposition to plaintiff's motion for default judgment having been filed, and no appearances by potential claimants having been made in connection with said motion for

1

default judgment, hereby ORDERS, ADJUDGES AND DECREES that:

1. Gerardo Jose Vargas, Adrian Jose Lopez, Ericelia Martinez, and all other potential claimants are deemed to have admitted the allegations of the Complaint to be true for purposes of this action;

2. All right, title and interest of Gerardo Jose Vargas, Adrian Jose Lopez and Ericelia Martinez, and all other potential claimants in the defendant currency is hereby condemned and forfeited to the United States;

3. There being no just reason for delay, the clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving this action. This Court retains jurisdiction over this matter to effectuate the terms of this Judgment.

SO ORDERED, this 24 day of November, 2008.

_____
HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE